1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6  E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
                                            *E-FILED - 10/17/06*
12

13  UNITED STATES OF AMERICA,        )   No. CR 06-00477-RMW
                                     )
14        Plaintiff,                 )
                                     )   STIPULATION TO CONTINUE
15     v.                            )   SENTENCING HEARING AND
                                     )   ORDER
16  COLIN ROY JACOBSON,              )
                                     )
17        Defendant.                 )
                                     )
18  _____

19     It is hereby stipulated and agreed between defendant Colin Roy Jacobson, by and through his

20  counsel of record, Harmeet K. Dhillon, Esq., and the United States, by and through Assistant

21  United States Attorney Mark L. Krotoski, as follows:

22     1. This matter is presently set for a sentencing hearing on November 6, 2006 at 9:00 a.m.

23     2. The parties agree that further time is needed to address sentencing issues and that the

24  terms of the plea agreement continue to apply.  The probation officer needs further time to

25  complete the presentence report.

26     3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

27  the parties stipulate and request to a continuance of the sentencing hearing from November 6,

28  2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00477-RMW

1  IT IS SO STIPULATED.

2  Dated: October 5, 2006                    KEVIN V. RYAN
                                             United States Attorney

4                                                 /s/

5                                            MARK L. KROTOSKI
                                             Assistant United States Attorney

6  Dated:  October 3, 2006

7                                                 /s/

8                                            HARMEET K. DHILLON
                                             Attorney for Defendant

9  IT IS SO ORDERED.

10 Upon good cause shown, the sentencing hearing is continued from November 6, 2006 at 9:00

11 a.m. to February 5, 2007 at 9:00 a.m.

12 Dated: October 17, 2006

13                                             /S/ RONALD M. WHYTE

14                                           RONALD M. WHYTE
                                             United States District Judge

15 Distribute To:

17 Harmeet K. Dhillon, Esq.
   Gibbs & Oliphant LLP
   300 Frank H. Ogawa Plaza, Third Floor
18 The Rotunda Building
   Oakland, CA 94612
19 FAX (510) 834-8886

21 Mark L. Krotoski
   AUSA
   150 Almaden Boulevard, Suite 900
22 San Jose, CA 95113

23 Benjamin Flores
   U.S. Probation Officer
24 United States Probation Office
   Northern District of California
25 280 South First Street
   San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00477-RMW                    Page 2 of  2