KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/7/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00477-RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| COLIN ROY JACOBSON, ) | ***AND ORDER*** |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Colin Roy Jacobson, by and through his counsel of record, Harmeet K. Dhillon, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on February 5, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply. The probation officer needs further time to complete the presentence report.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from February 5, 2007 at 9:00 a.m. to March 19, 2007 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 06-00477-RMW

4. The probation officer has been advised of this request and does not oppose.

IT IS SO STIPULATED.

Dated: January 23, 2007

KEVIN V. RYAN
United States Attorney

/s/
MARK L. KROTOSKI
Assistant United States Attorney

Dated: January 18, 2007

HARMEET K. DHILLON
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from February 5, 2007 at 9:00 a.m. to March 19, 2007 at 9:00 a.m.

Dated: ~~January xxx, 2007~~ February 7, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | Harmeet K. Dhillon<br>DHILLON & SMITH |
| 4 | 214 Grant Avenue, Suite 400<br>San Francisco, CA 94108 |
| 5 | FAX: 415.520.6593 |
| 6 | Mark L. Krotoski |
| 7 | AUSA<br>150 Almaden Boulevard, Suite 900 |
| 8 | San Jose, CA 95113 |
| 9 | Benjamin Flores<br>U.S. Probation Officer |
| 10 | United States Probation Office<br>Northern District of California |
| 11 | 280 South First Street<br>San Jose, CA 95113 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |