1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6  E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN JOSE DIVISION
11
                                              *E-FILED - 8/10/07*
12

13  UNITED STATES OF AMERICA,       )   No. CR 06-00477-RMW
                                    )
14          Plaintiff,               )
                                    )   STIPULATION TO CONTINUE
15      v.                           )   SENTENCING HEARING
                                    )   AND ORDER
16  COLIN ROY JACOBSON,             )
                                    )
17          Defendant.               )
    _____)
18

19      It is hereby stipulated and agreed between defendant Colin Roy Jacobson, by and through his

20  counsel of record, Harmeet K. Dhillon, Esq., and the United States, by and through Assistant

21  United States Attorney Mark L. Krotoski, as follows:

22      1. This matter is presently set for a sentencing hearing on August 13, 2007 at 9:00 a.m.

23      2. Government counsel has a conflict on August 13, 2007 and is unable to be present at the

24  hearing.  The defense has other imminent conflicts.

25      3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

26  the parties stipulate and request to advance the sentencing hearing from August 13, 2007 at 9:00

27  a.m. to October 15, 2007 at 9:00 a.m., or the next available date.

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00477-RMW

1 | IT IS SO STIPULATED.

2 | Dated: July 9, 2007                           SCOTT N. SCHOOLS
                                                  United States Attorney

3

4 |                                                        /s/
                                                  _____
5 |                                               MARK L. KROTOSKI
                                                  Assistant United States Attorney
6

7 | Dated: July 9, 2007
                                                          /s/
                                                  _____
8 |                                               HARMEET K. DHILLON
                                                  Attorney for Defendant
9

10 | IT IS SO ORDERED.

11 | Upon good cause shown, the sentencing hearing is advanced from August 13, 2007 at 9:00 a.m. to October 15, 2007 at 9:00 a.m.

12 | Dated: August 10, 2007

13

14 |                                               *Ronald M. Whyte* (signature)
                                                  _____
                                                  RONALD M. WHYTE
15 |                                               United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00477-RMW                Page 2 of  3

Distribute To:

Harmeet K. Dhillon
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
FAX: 415.520.6593

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Benjamin Flores
U.S. Probation Officer
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113