SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/12/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00477-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| COLIN ROY JACOBSON, | AND ORDER |
| Defendant. | |

It is hereby stipulated and agreed between defendant Colin Roy Jacobson, by and through his counsel of record, Harmeet K. Dhillon, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on October 15, 2007 at 9:00 a.m.

2. The parties jointly request that the sentencing be continued to December 3, 2007. Government counsel requests permission to appear telephonically during the hearing. The probation officer has been notified about this requested continuance.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND XXXXXX ORDER
CR 06-00477-RMW

1  the parties stipulate and request to advance the sentencing hearing from October 15, 2007 at 9:00
2  a.m. to December 3, 2007 at 9:00 a.m., or the next available date.
3     IT IS SO STIPULATED.
4  Dated: October 2, 2007                    SCOTT N. SCHOOLS
                                             United States Attorney

                                             /s/ Mark L. Krotoski
                                             MARK L. KROTOSKI
                                             Assistant United States Attorney

8  Dated: October 2, 2007

                                             /s/ Harmeet K. Dhillon
                                             HARMEET K. DHILLON
                                             Attorney for Defendant

    IT IS SO ORDERED.
    Upon good cause shown, the sentencing hearing is continued from October 15, 2007 at 9:00
    a.m. to December 3, 2007 at 9:00 a.m. Government counsel may appear telephonically during
    the hearing.
    Dated: October 12, 2007

                                             /s/ Ronald M. Whyte
                                             RONALD M. WHYTE
                                             United States District Judge

Distribute To:

Harmeet K. Dhillon
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
FAX: 415.520.6593

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Benjamin Flores
U.S. Probation Officer
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113