SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

E-FILED 11/21/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-00477-RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE<br>) SENTENCING HEARING |
| COLIN ROY JACOBSON, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed between defendant Colin Roy Jacobson, by and through his counsel of record, Harmeet K. Dhillon, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on December 3, 2007 at 9:00 a.m.

2. The parties jointly request that the sentencing be continued to January 22, 2008. Government counsel requests permission to appear telephonically during the hearing. The probation officer has been advised of the request and has no objection.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 06-00477-RMW

1  the parties stipulate and request to advance the sentencing hearing from December 3, 2007 at
2  9:00 a.m. to January 22, 2008 at 9:00 a.m., or the next available date.
3  IT IS SO STIPULATED.
4  Dated: November 7, 2007                    SCOTT N. SCHOOLS
                                               United States Attorney
5
6
7                                              /s/ Mark L. Krotoski
                                               MARK L. KROTOSKI
                                               Assistant United States Attorney
8  Dated: November 7, 2007
9
10                                             /s/ Harmeet K. Dhillon
                                               HARMEET K. DHILLON
                                               Attorney for Defendant
11
   IT IS SO ORDERED.
12
   Upon good cause shown, the sentencing hearing is continued from December 3, 2007 at 9:00
13
   a.m. to January 22, 2008 at 9:00 a.m. Government counsel may appear telephonically during the
14
   hearing.
15
   Dated: November 21, 2007
16
                                               /s/ Ronald M. Whyte
17                                             RONALD M. WHYTE
                                               United States District Judge
18
19
20
21
22
23
24
25
26
27
28

Distribute To:

Harmeet K. Dhillon
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
FAX: 415.520.6593

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Benjamin Flores
U.S. Probation Officer
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113